Abran E. Vigil
Nevada Bar No. 7548
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant Citibank, N.A. (incorrectly named in the Complaint as "Citigroup, Inc.")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ, | CASE NO. 2:16-cv-01557-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND CITIBANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| CITIGROUP, INC. | |
| Defendant. | **(First Request)** |

Plaintiff Eric Steinmetz filed a complaint alleging negligent and willful violations of the Telephone Consumer Protection Act and Nevada's Deceptive Trade Practices Act against defendant Citibank, N.A. (incorrectly named in the Complaint as "Citigroup, Inc." ) ("Citibank"). (ECF No. 1). At Citibank's request, plaintiff and Citibank stipulate and agree that Citibank has up to and including November 6, 2016, to respond to plaintiff's complaint, to provide time for Citibank to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Citibank.

*[continued on the following page]*

DMWEST #14976377 v1

1   This request is made in good faith and not made for purposes of delay.

2   IT IS SO STIPULATED.

4   Dated: October 7, 2016.

6   BALLARD SPAHR LLP                                  HAINES & KRIEGER.

8   By: /s/ *Kyle A. Ewing*                            By: /s/ *David H. Krieger*
    Abran E. Vigil                                     David H. Krieger
    Nevada Bar No. 7548                                Nevada Bar No. 9086
    Kyle A. Ewing                                      8985 S. Eastern Avenue, Suite 130
    Nevada Bar No. 14051                               Henderson, Nevada 89123
    100 North City Parkway, Suite 1750                 (702) 880-5554
    Las Vegas, Nevada 89106                            dkrieger@hainesandkrieger.com

    *Attorneys for Defendant Citibank, N.A.*           *Attorney for Plaintiff*
    *(incorrectly named in the Complaint as*
    *"Citigroup, Inc.")*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-7-2016