David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Eric L. Steinmetz

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Eric L. Steinmetz,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITIGROUP, INC.,<br><br>　　　　　Defendant(s). | Case No.: **2:16-cv-01557-APG-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN ERIC L. STEINMETZ AND <u>CITIGROUP, INC.</u>** |

　　　**NOTICE IS HERBY GIVEN** that the dispute between Eric L. Steinmetz ("Plaintiff") and Defendant Citigroup, Inc. ("Citigroup, Inc.") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Citigroup, Inc., with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as

to Citigroup, Inc. be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Citigroup, Inc..

Dated:  November 3, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Eric L. Steinmetz*