David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Eric L. Steinmetz

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Eric L. Steinmetz, | ) **Case No. 2:16-cv-01557-APG-VCF-** |
| Plaintiff, | ) |
| v. | ) **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITIGROUP, INC.** |
| CITIGROUP, INC., | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant Citigroup, Inc.**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant Citigroup, Inc., **and only as to Defendant Citigroup, Inc.** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant Citigroup, Inc.**.

Dated:          January 18, 2017

                Respectfully submitted,

                By:    /s/David H. Krieger, Esq.
                      David H. Krieger, Esq. (Nevada Bar No. 9086)
                      HAINES & KRIEGER, LLC
                      8985 S. Eastern Avenue, Suite 350
                      Henderson, Nevada 89123
                      *Attorney for Plaintiff*